**Opinion issued July 16, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

**NO. 01-26-00711-CV**

---

**IN RE HANS DANE CHRISTIAN TRUELSON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Hans Dane Christian Truelson, proceeding pro se, filed a petition for writ of mandamus alleging that the trial court "illegally issued" a "protective order" which removed his children from his care.[1] Relator's petition requested that the

---

[1] The underlying case is *Brianna Camille Truelson v. Hans Dane Christian Truelson*, Cause No. 2026-40010, in the 280th District Court of Brazoria County, Texas, the Honorable Damiane Dianne Curvey presiding.

"order [be] immediately vacated so [relator] c[ould] return home and protect [his] children."

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. *See* TEX. R. APP. P. 9.5(a), 52.3, 52.7(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.